UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS A. MANDARINI, III, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT FUNDS,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RUDY V. POMPEO, INC.,<br>　　　　　　　Defendant. | C.A. No. 21-cv-11034-RGS |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Louis A. Mandarini, III, as he is Executive Director, Massachusetts Laborers' Benefit Funds hereby notifies the Court that Plaintiff's claims against Rudy V. Pompeo, Inc. are dismissed without prejudice and with costs.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　LOUIS A. MANDARINI, III, as he is
　　　　　　　　　　　　　　　　　EXECUTIVE DIRECTOR, MASSACHUSETTS
　　　　　　　　　　　　　　　　　LABORERS' BENEFIT FUNDS,

　　　　　　　　　　　　　　　　　By his Attorneys,

　　　　　　　　　　　　　　　　　/s/ Sophie C. Esquier
　　　　　　　　　　　　　　　　　Nathan P. Goldstein, BBO No. 666101
　　　　　　　　　　　　　　　　　Sasha N. Gillin, BBO No. 690769
　　　　　　　　　　　　　　　　　Sophie C. Esquier, BBO No. 698875
　　　　　　　　　　　　　　　　　SEGAL ROITMAN, LLP
　　　　　　　　　　　　　　　　　33 Harrison Avenue, 7th Floor
　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　(617) 742-0208, Ext. 223
　　　　　　　　　　　　　　　　　ngoldstein@segalroitman.com
　　　　　　　　　　　　　　　　　sgillin@segalroitman.com
　　　　　　　　　　　　　　　　　sesquier@segalroitman.com

Dated: September 30, 2021

2

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Notice of Dismissal has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by certified and first class mail, postage prepaid, upon the Defendant, Rudy V. Pompeo, Inc., 40 Mathewson Drive, Weymouth, MA 02189 on this 30th day of September, 2021.

                                                                                  /s/ Sophie C. Esquier
                                                                                  Sophie C. Esquier, Esquire

SCE/sce&ts
6306-21110/notice-dismissal.doc